IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 15-33422-H1 |
| | § | |
| TRADAX ENERGY, INC., | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| _____ | | |
| | § | |
| ALLISON D. BYMAN, | § | ADV. NO. 16-03284 √√ |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| WALTER HUYBRETS, | § | |
| TRADAX GREEN ENERGY, LLC, | § | |
| THE HUYBREGTS FAMILY TRUST, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Plaintiff's First Amended Complaint* and *Order for Scheduling Conference* [docket no. 2] was served to the parties listed below via regular, first class United States mail, postage fully pre-paid, addressed to:

**DEFENDANTS:**

1) Walter Huybregts –
   1953 Vermont Street
   Houston, Texas  77019

2) Tradax Green Energy, LLC
   c/o Walter Huybregts
   1953 Vermont Street
   Houston, Texas  77019

3) The Huybregts Family Trust
   c/o Walter Huybregts
   1953 Vermont Street
   Houston, Texas  77019

DATE:  January 25, 2017         */s/ John S. Brannon\**
                                             John S. Brannon, Attorney
                                             SBN 02895500
                                             29 Cokeberry Street
                                             The Woodlands, Texas  77380

                                             **ATTORNEY FOR PLAINTIFF**

\*      *Signed with permission*